IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bradford, Twanna C

Printed: 4/15/08

Case Number: 04 B 04051
Judge: Squires, John H
Filed: 2/3/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: February 13, 2008
Confirmed: March 24, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 12,083.78 |  |
| Secured: |  | 8,161.79 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,894.00 |
| Trustee Fee: |  | 615.49 |
| Other Funds: |  | 412.50 |
| Totals: | 12,083.78 | 12,083.78 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,894.00 | 2,894.00 |
| 2. | Mid Atlantic Finance Co | Secured | 11,863.62 | 8,161.79 |
| 3. | Santa Barbara Bank & Trust | Unsecured | 398.64 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 42.00 | 0.00 |
| 5. | Mid Atlantic Finance Co | Unsecured | 153.59 | 0.00 |
| 6. | TCF Bank | Unsecured |  | No Claim Filed |
| 7. | Certegy Payment Recovery Services Inc | Unsecured |  | No Claim Filed |
| 8. | LaSalle Bank NA | Unsecured |  | No Claim Filed |
| 9. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 10. | Linebarger Goggan Blair Pena & Samp | Unsecured |  | No Claim Filed |
| 11. | Sprint | Unsecured |  | No Claim Filed |
| 12. | SBC | Unsecured |  | No Claim Filed |
| 13. | RCN | Unsecured |  | No Claim Filed |
|  |  |  | $ 15,351.85 | $ 11,055.79 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 7% | 68.43 |
| 4% | 40.64 |
| 6.5% | 142.89 |
| 3% | 22.86 |
| 5.5% | 139.71 |
| 5% | 38.10 |
| 4.8% | 24.38 |
| 5.4% | 138.48 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Bradford, Twanna C

Printed:  4/15/08

Case Number:  04 B 04051
Judge:  Squires, John H
Filed:  2/3/04

_____
$ 615.49

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

